[No. 6259-3-II.   Division Two.   August 13, 1984.]

WEST ELWHA NEIGHBORS UNITED ASSOCIATION, *Appellant,* v. CLALLAM COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 29144, Arthur E. Piehler, J., entered March 22, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.


[No. 5678-0-II.   Division Two.   August 13, 1984.]

MORLEY McCALL, *Appellant,* v. ROBERT G. HAUSE, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 27134, Tyler C. Moffett, J., entered June 26, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.


[No. 6361-1-II.   Division Two.   July 3, 1984.]

ROBERT S. BENHAM, *Appellant,* v. FRANK WHITSON, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-2-03464-6, Donald H. Thompson, J., entered May 5, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.